*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

SAIRA MARLENE LOPEZ SOSA
Plaintiff

Case No. 3:26-cv-01128

VS.
THE WARDEN, RICHWOOD
CORRECTIONAL CENTER
Defendant

Judge David C. Joseph
Magistrate Judge Carol B. Whitehurt

**ORDER**

IT IS ORDERED that John Burt be and is hereby admitted to the bar of this Court pro hac

vice on behalf of Plaintiff in the above described action.

SO ORDERED on this, the __22nd__ day of __April__, 20__26__.

_____
U.S. Magistrate Judge